UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS C. GROCE,<br><br>    Plaintiff,<br><br>    v.<br><br>IXYS CORPORATION, et al.,<br><br>    Defendants. | Case No. 17-cv-06489-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: February 8, 2018

_____
WILLIAM H. ORRICK
United States District Judge